UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIFFANY A. WALTON-LOCKE,

Plaintiff,

vs.

Civil Action No.:
1:26-CV-07392-RWL

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-----------------------------------------------------------X

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S BRIEF**

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed Plaintiff moves this Court, on submission, for an Order granting Plaintiff an extension of thirty (30) days to file Plaintiff's brief, which is currently due on December 2, 2026. This is Plaintiff's first request for an extension and is necessary because of other press of business and because counsel is away for an extended of period of time.

Plaintiff has contacted counsel for Defendant who consents to this motion so long as he is permitted sixty (60) days to respond to Plaintiff's brief.

Dated: November 18, 2026

Respectfully submitted,

By: /s/ Charles E. Binder
Law Office of Charles E. Binder
and Harry J. Binder, LLP
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
fedcourt@binderlawfirm.com

SO ORDERED:

11/19/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Request granted. Plaintiff shall file her brief by January 4, 2027; Defendant shall file its brief by March 8, 2027; and Plaintiff shall file her reply, if any, by March 29, 2027.